IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00281-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

MR. ALFARO, MR. BURK, R. SATTERLY, MR. B. SLOAN AND MR. H. BRILL,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    Plaintiff's Motion to Reserve Appeal Rights on Judge Miller Order on Summary Judgment Motions filed September 23, 2005 is denied.  The September 2, 2005 order is not final for purposes of any appeal.

Dated:    September 26, 2005    /s/Jane Trexler, Secretary/Deputy Clerk