IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  03-cv-00281-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

MR. ALFARO, et al.,

Defendants.

---

MINUTE ORDER

---

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

   It is hereby ORDERED that the Defendants' Motion for Protective Order (docket no. 295) is GRANTED.  Discovery in this case was concluded on August 31, 2004.  This court has approved and made an Order of Court the Final Pretrial Order.  <u>See</u> docket nos. 282 and 289.  The Defendants are not required to respond to the Pro Se Incarcerated Plaintiff's Amended Production of Documents Request dated stamped received October 11, 2005, that is attached as exhibit A to this motion.

Date:  October 31, 2005