IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  03-cv-00281-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

MR. ALFARO, et al.,

Defendants.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

     It is hereby ORDERED that the Pro Se Plaintiff's Motion for Relief Pursuant to Fed. R. Civ. P. 60(b) from Magistrate Judge Final Pre-Trial Order [sic](docket no. 302) is MOOT and therefore DENIED.  Judge Miller has set this case for jury trial on July 24, 2006, at 8:30 a.m.  <u>See</u> docket no. 288.

Date:  December 5, 2005