IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 03-cv-00281-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff,

v.

MR. ALFARO,
MR. BURK,
R. SATTERLY,
MR. B. SLOAN AND
MR. H. BRILL,

    Defendant(s).
_____

**MINUTE ORDER**
_____

    The following Minute Order is entered by Judge Walker D. Miller:

    The motion to file late objection is granted.

Dated: February 7, 2006        s/Jane Trexler, Secretary/Deputy Clerk