IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**Civil Action No.  03-cv-00281-WDM-MJW**

OLOYEA D. WALLIN,

Plaintiff,

v.

MR. ALFARO, et al.,

Defendants.

MINUTE ORDER

ENTERED BY MAGISTRATE JUDGE MICHAEL J. WATANABE

    It is hereby **ORDERED** that the Plaintiff's Motion to Have District Court Give Orders to U.S. Marshal Service to Serve Subpoenas Upon the Defendants, which was filed on June 1, 2006 (Docket No. 323), is granted to the extent that the U.S. Marshal Service is directed to serve the plaintiff's subpoenas, but only upon the plaintiff's payment of the witness fees ($40 each per day) and the witness round-trip mileage fees ($.445 per mile) (See Fee Schedule, United States District Court for the District of Colorado).  There is no provision for the government to pay or advance these fees even when someone is proceeding *in forma pauperis*.  See Fed. R. Civ. P. 45,  28 U.S.C. § 1915, Hooper v. Tulsa County Sheriff Department, 113 F.3d 1246 (table), 1997 WL 295424, *2 (10th Cir. 1997) ("Every circuit considering this issue has held that § 1915(a)'s waiver of prepayment of 'fees or costs'[1] does not authorize the federal courts to waive or order payment of witness fees for a civil litigant proceeding *in forma pauperis*.") (citations omitted).  It is further

    **ORDERED** that the Clerk shall serve a copy of this Minute Order upon the U.S. Marshal Service in Denver.

Date: June 2, 2006

---

[1] The statute now provides only for exemption from prepayment of "fees or security therefor."  28 U.S.C. § 1915(a)(1).