IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.   03-cv-00281-WDM-MJW

OLOYEA D. WALLIN,

    Plaintiff(s),

v.

MR. ALFARO, et al.,

    Defendant(s).

_____

**ORDER**
_____

    This matter is before me the Plaintiff's Petition for Writ of Habeas Corpus Ad Testificandum.  Plaintiff is in custody at the Arkansas Valley Correctional Facility.  He seeks to be brought to Denver to participate in the trial of this matter, scheduled to commence July 24, 2006.  His reasons are that it would be best that he testify in person in order that the jury can best observe him when determining credibility and, at the time of his petition, he was proceeding *pro se* and management of the case on a long distance basis would be very difficult.  Since counsel has now entered his appearance for plaintiff, this second factor is no longer a concern.

    After full consideration of this matter I conclude that the petition should be denied.  A prisoner does not have the absolute right to be present at his civil trial.  *See Price v. Johnston*, 334, U.S. 266, 285-86 (1988).  In deciding whether to grant a writ or not I should consider the plaintiff's need to be present against the concerns of expense,